■ MADELINE TILLINGER, Respondent, v SEYMOUR TILLINGER, Appellant.—In a matrimonial action, the defendant husband appeals from so much of an order of the Supreme Court, Nassau County (Brucia, J.), dated April 23, 1985, as vacated so much of a prior order of the Family Court, Nassau County (Cohen, J.), dated November 12, 1982, as awarded him exclusive occupancy of the parties' marital residence.

Order affirmed insofar as appealed from, with costs.

In view of the absence of sufficient evidence to establish that an award of the exclusive possession of the marital residence to the defendant was necessary to protect the safety of persons or property, Special Term did not err in its ruling (see, Blumenfeld v Blumenfeld, 96 AD2d 895; cf. King v King, 109 AD2d 779). Mollen, P. J., Lazer, Mangano and Thompson, JJ., concur.

■ MARY VAN VELSOR, Respondent, v RICHARD VAN VELSOR, Appellant.—In a matrimonial action in which the defendant moved to amend the child custody provisions of a judgment of divorce between the parties, the defendant appeals, as limited by his brief, from (1) so much of an order of the Supreme Court, Nassau County (Becker, J.), entered January 10, 1985, as awarded plaintiff $8,500 in counsel fees to be paid by him, and (2) so much of an order of the same court, entered July 19, 1985, as granted the plaintiff leave to enter a judgment against him for the $8,500 in counsel fees.

Orders affirmed, insofar as appealed from, with one bill of costs.

Special Term did not abuse its discretion in making the award of counsel fees (see, Domestic Relations Law § 237 [b]). Mangano, J. P., Gibbons, Weinstein and Eiber, JJ., concur.